Lonnie DONNELLY, Plaintiff–Appellant,

v.

Wes CLEMENS; Amber Darby; Linda Edwards; Diane Foy, Defendants–Appellees.

No. 03–60478.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Sept. 13, 2004.

Lonnie Donnelly, Mississippi Department of Corrections, Pearl, MS, pro se.

Lee Thaggard, Bourdeaux & Jones, Meridian, MS, for Defendants–Appellees.

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Lonnie Donnelly, Mississippi prisoner # K1304, appeals the magistrate judge's dismissal of his 42 U.S.C. § 1983 complaint. The magistrate judge dismissed Donnelly's claims regarding a denial of access to the courts for failure to state a constitutional claim. Donnelly has not established that he was unable to present a cognizable claim or that he was barred from seeking review of a meritorious claim as a result of the defendants' refusal to give him his legal papers while he was in administrative segregation. *See Crowder v. Sinyard,* 884 F.2d 804, 811 (5th cir. 1989), *abrogated on other grounds by Hor-*

---

*ton v. California,* 496 U.S. 128, 110 S.Ct. 2301, 110 L.Ed.2d 112 (1990); *Sherrod v. State,* 784 So.2d 256, 259 (Miss.Ct.App. 2001). Consequently, the judgment of the magistrate judge is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.